# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No.  02-2978

_____

Leelyn J. Gorman,                    *
*
        Appellant,           *
*   On Appeal from the United States
v.                          *   District Court for the Southern District
*   of Iowa
Wells Manufacturing Corporation,   *   [PUBLISHED]
*
        Appellee.           *

_____

Submitted: May 16, 2003
Filed: August 15, 2003

_____

Before BOWMAN, BYE, Circuit Judges, and ERICKSEN[1], District Judge.

_____

PER CURIAM

Leelyn Gorman was employed by Wells Manufacturing Corp. in Centerville, Iowa.  In September of l998, she missed eight days of work,  was 25 minutes late for work one day and four hours late another.  Pursuant to Wells' policy, she presented a disability certificate from her doctor for the absence.  The doctor who signed the disability certificate later informed Wells that  he had not asked Gorman to stay

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, sitting by designation.

home; he did not know of any disability complications (Gorman was pregnant) during the days in question; and that Gorman had been warned by his office about malingering. Gorman was then fired.

On appeal, Gorman argues that the District Court[2] erred in granting summary judgment to Wells on her ADA, Title VII, and Iowa Civil Rights Act disability and sex discrimination claims. We have conducted a de novo review of the entire record, and have carefully reviewed the briefs and arguments of counsel and we conclude that there was no error in the District Court's decision granting summary judgment. See Whitley v. Peer Review Sys., Inc., 221F3d 1053, 1055 (8th Cir. 2000) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

   ATTEST:

          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable James E. Gritzner, United States District Court Judge for the Southern District of Iowa.